```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF KENTUCKY
                  SOUTHERN DIVISION
                     AT PIKEVILLE
```

**CIVIL ACTION NO. 2008-05 (WOB)**

**ELBERT OSBORNE**                                          **PLAINTIFF**

VS.                              <u>**JUDGMENT**</u>

**Michael J. Astrue,**
**COMMISSIONER OF SOCIAL SECURITY**                         **DEFENDANT**


Pursuant to the Opinion and Order entered concurrently herewith, and the court being advised,

**IT IS ORDERED AND ADJUDGED** that the plaintiff's motion for summary judgment (Doc. #7) be, and it is, hereby **granted in part** as to plaintiff's request for a remand and **denied in part** as to plaintiff's request for an award of benefits; the motion of the Commissioner for summary judgment (Doc. #8) be, and it is, hereby **denied, without prejudice**; and that this action be, and it is, hereby **remanded to the Commissioner,** pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings.  This matter is stricken from the active docket of this court.

This 8th day of August, 2008.



Signed By:
<u>William O. Bertelsman</u>   WOB
United States District Judge